USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carmen Tavarez-Vargas, individually, and on behalf of all others similarly situated, et al.,

            Plaintiff,

-against-

Bio World Merchandising, Inc.

            Defendant.

1:21-cv-10981 (AJN) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Friday, March 11, 2022, at 11:30 a.m. to discuss the issues raised in Defendant's March 4, 2022 Letter. (*See* ECF No. 10.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             March 7, 2022

_____
STEWART D. AARON
United States Magistrate Judge