```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carmen Tavarez-Vargas, individually, and on behalf of all others similarly situated, et al.,

                Plaintiff,

-against-

Bio World Merchandising, Inc.

                Defendant.

1:21-cv-10981 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The Court will hold a telephonic settlement conference on Thursday, March 17, 2022, at 2:00 p.m. The Court will provide dial-in information to the parties by email prior to the conference. The parties shall email their brief *ex parte* submissions, as discussed during today's telephone conference, to Chambers (Aaron_NYSDChambers@nysd.uscourts.gov) no later than 5:00 p.m. on Wednesday, March 16, 2022.

2. The deadline for Defendant to respond to the Complaint is adjourned *sine die* pending the settlement conference.

**SO ORDERED.**

DATED:    New York, New York
            March 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge